**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*,
Timothy Barrett

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY BARRETT, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**VO FINANCIAL CORPORATION; and VO FINANCIAL MA, INC.,**<br><br>Defendants. | **Case No.: 13-CV-1082-H (JMA)**<br><br><u>**CLASS ACTION**</u><br><br>**NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)** |

1  Plaintiff TIMOTHY BARRETT ("Plaintiff") hereby dismisses the above-captioned action against Defendants VO FINANCIAL CORPORATION and VO FINANCIAL MA, INC. with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims, pursuant to Fed. R. Civ. P. 41(a). Therefore, the Court may proceed to dismiss the above-captioned action in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims.

Dated: September 24, 2013      Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

BY: /S/ ABBAS KAZEROUNIAN
     ABBAS KAZEROUNIAN, ESQ.
     ATTORNEYS FOR PLAINTIFF

NOTICE OF VOLUNTARY DISMISSAL
CASE NO.: 13-CV-1082-H (JMA)            1